# FILED

## UNDER

# SEAL

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

U.S.A. vs. Jacob McLaughlin                       Docket No. 2:10-CR-00547-RLH-RJJ

Petition for Action on Conditions of Pretrial Release

      COMES NOW TERRY L. WHEATON, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jacob McLaughlin, who was placed under pretrial release supervision by Honorable Peggy A. Leen in the Court at Las Vegas, Nevada, on October 29, 2010, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services supervision.
2. No use or possession of controlled substances.
3. No association with those using or possessing controlled substances.
4. Refrain from the use or possession of controlled substances.
4. Drug testing as directed by Pretrial Services.
6. Participate in a mental health treatment program as directed by Pretrial Services.
7. Maintain or actively seek employment and notify Pretrial Services prior to any change.
8. Participate in the electronic monitoring program under home confinement as deemed appropriate by Pretrial Services.( Deleted February 14, 2011)
9. Maintain residence in the GEO Care halfway house (Amended January 28, 2011)

Respectfully presenting petition for action of Court and for cause as follows:

      On April 12, 2011, Mr. McLaughlin submitted to a urine sample which tested positive for the use of marijuana. On April 15, 2011, the National Testing Laboratory (NTL) confirmed that the aforementioned sample was positive for marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED, AND A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 18th day of <u>April</u>, 2011, and ordered filed and made a part of the records in the above case. | Executed on this 9th day of May , 2011 |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Peggy A. Leen<br>United States Magistrate Judge | Terry L. Wheaton II<br>United States Pretrial Services Officer |
| | Place: <u>Las Vegas, Nevada</u> |

DANIEL BOGDEN
United States Attorney
Patrick Walsh
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:10-CR-00547-RLH-RJJ |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Jacob McLaughlin ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Terry L. Wheaton II, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 9th day of May, 2011.

Daniel Bogden
United States Attorney

By  /S/
Patrick Walsh
Assistant U. S. Attorney