1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )          2:10-cr-547-RLH-GWF
                                     )
JACOB MCLAUGHLIN,                    )
                                     )
            Defendant.               )          ORDER
_____)

Gary L. Myers, Esq. has gone on "inactive" status with the State Bar of Nevada.  Therefore;

IT IS HEREBY ORDERED that Gabriel L. Grasso, Esq. is appointed as counsel for Jacob McLaughlin in place of Gary L. Myers, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Myers shall forward the file to Mr. Grasso  forthwith.

DATED  this _____9th___ day of December,  2011.

NUNC PRO TUNC DATE: December 9, 2011.

_____
ROGER L. HUNT
United States District Judge