GORDON SILVER
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorney for Defendant, Jacob McLaughlin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JACOB MCLAUGHLIN,<br><br>  Defendant, | CASE NO. 2:10-cr-00547-RLH-GWF |

### ORDER TO TRANSPORT AND DETAIN DEFENDANT JACOB MCLAUGHLIN TO NEVADA SOUTHERN DETENTION CENTER

This Court held a Change of Plea hearing in the above-captioned matter on May 8, 2012. Upon request of Defendant Jacob McLaughlin's counsel Paola M. Armeni, Esq., of the law firm of Gordon Silver and the non-opposition of Assistant United States Attorney Patrick Walsh of the United States Attorney's Office and good cause appearing therefor;

IT IS HEREBY ORDERED that the Defendant, Jacob McLaughlin, having previously been ordered detained is hereby immediately remanded to federal custody.

IT IS FURTHER ORDERED that Jacob McLaughlin be transported to the Nevada Southern Detention Center in Pahrump, Nevada where he shall remain detained pending his sentencing, in the above entitled matter, currently scheduled for November 5, 2012 at 2:00 p.m.

DATED this 9th day of May 2012.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103245-001/~8591860

1 of 1