```
GORDON SILVER
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorney for Defendant, Jacob McLaughlin
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JACOB MCLAUGHLIN,<br><br>           Defendant. | CASE NO. 2:10-cr-00547-RLH-GWF |

### ORDER DIRECTING US MARSHAL TO ARRANGE AN ESCORT AND TRANSPORTATION TO A PRIVATE VIEWING

Having reviewed the Defendant, Jacob McLaughlin's Emergency Motion for Escorted Release and Transportation to Attend a Private Viewing, and good cause appearing therefor:

IT IS HEREBY ORDERED that the United States Marshal shall arrange the escort and transportation for defendant, Jacob McLaughlin (ID #45487048), to travel to and from the Nevada Southern Detention Center in Pahrump, Nevada to La Paloma Funeral Services located at 5450 Stephanie Street, Suite 110, Las Vegas, Nevada 89122 at a time and date to be arranged by the U.S. Marshal for the purpose of a private viewing of his deceased mother. This Order is limited to the payment of transportation solely for the above-referenced travel only.

IT IS FURTHER ORDERED that the private identification viewing will not exceed the fifteen minutes allotted by La Paloma Funeral Services.

…

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103245-001/1687682

4 of 5

1  IT IS FURTHER ORDERED that the transporting Marshal(s) may terminate the visit at any time if conditions indicate a security problem that threatens the custody of the defendant, Jacob McLaughlin, the safety of the public or Marshal(s).

The Court having determined the defendant is indigent, IT IS FURTHER ORDERED the U.S. Marshal shall bear all costs.

DATED: OCTOBER 15, 2012

_____
UNITED STATES DISTRICT JUDGE

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103245-001/1687682

5 of 5