Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

---

### REQUEST FOR MODIFICATION
### TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
### June 17, 2015

---

Name of Offender: **Jacob McLaughlin**

Case Number: **2:10CR00547**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **December 10, 2012**

Original Offense: **Conspiracy to Launder Monetary Instruments and Conspiracy to Distribute Oxyodone**

Original Sentence: **49 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 1, 2015**

---

### PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Community Service** - You shall complete 12 hours of community service, as approved and directed by the probation officer. You must complete all of the hours within 90 days.

---

### CAUSE

As a condition of supervision, Mr. McLaughlin was ordered to submit to drug testing. On May 5, 2015, Mr. McLaughlin was enrolled on the code-a-phone substance abuse testing program. Since this enrollment, Mr. McLaughlin failed to appear for 2 urine screens (May 20, 2015 and June 15, 2015).

## RE: Jacob McLaughlin

Prob12B
D/NV Form
Rev. June 2014

On June 16, 2015, a noncompliance meeting was held at the probation office. Mr. McLaughlin was admonished and was presented with a waiver of a hearing to modify his conditions of probation to include 12 hours of Community Service, as a sanction for missed drug tests. Mr. McLaughlin was in agreement with this proposal and he signed the waiver (please see attached).

Should the Court have any questions or concerns, the undersigned probation officer will be available as the Court's convenience.

Respectfully submitted,

*[signature]* s.ytimg.com
2015.06.17 14:53:19
-07'00'

Patrick Sumansky
United States Probation Officer

Approved:

*[signature]* Robert G. Aquino
2015.06.17 14:54:01
-07'00'

Robert Aquino
Supervisory United States Probation Officer

RE: Jacob McLaughlin

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☑  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

*Roger L. Hunt*
Signature of Judicial Officer

June 19, 2015
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Community Service** - You shall complete 12 hours of community service, as approved and directed by the probation officer. You must complete all of the hours within 90 days.

Witness _____  Signed _____
U.S. Probation Officer                         Probationer or Supervised Releasee

_____6/16/15_____
Date